# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.

GREEN, DALLAS G
2017 ORTHODOX ST

PHILADELPHIA, PA 19124

THE DEFENDANT: GREEN, DALLAS G

☐ **THE DEFENDANT** pleaded guilty to count(s)

The defendant is adjudicated guilty of these offenses:

**Judgment in a Criminal Case**
(For a Petty Offense) — Short Form

Case No.        18-M-1698

USM No.

PRO SE
_____
Defendant's Attorney

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 41CFR 102-74.385 | Failure to Leave Premises | 10/24/2018 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $280.00 | $ 0.00 | $ 250.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: ▉▉▉

Defendant's Year of Birth: ▉▉▉

City and State of Defendant's Residence:
PHILADELPHIA, PA

October 24, 2018
_____
Date of Imposition of Judgment

_____
Signature of Judge

JACOB P. HART   U. S. MAGISTRATE JUDGE
_____
Name and Title of Judge

10/31/2018
_____
Date